UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                                          **21 MC 102 (AKH)**

IN RE:  LOWER MANHATTAN
DISASTER SITE LITIGATION



THIS DOCUMENT RELATES TO THE
FOLLOWING CASES:                                    Docket No.:

| | |
|---|---|
| Arias, Julio, (and Wife, Arias, Jane) | 06-CV-01340 |
| Atehortua, Martha | 08-CIV-2565 |
| Bermeo, Norma | 08-CIV-2569 |
| Bermudez, Anita | 07-CV-01470 |
| Bonifaz, Susana | 08-CIV-2574 |
| Castano, Carlos (and Wife, Castano, Beatriz) | 08-CIV-2591 |
| Colorado, Viviana (and Wife, Carvajal, Leslie) | 08-CIV-2239 |
| Fisco, Gregory (and Wife, Fisco, Nicole) | 07-CV-05289 |
| Giraldo, Edir | 08-CIV-2626 |
| Gomez, Ruben | 08-CIV-2628 |
| Gonzalez, Julio Cesar Mayorga | 08-CIV-2656 |
| Manco, Luz | 08-CIV-2654 |
| Montalvo, Luz | 08-CIV-2660 |
| Mora, Andres (and Wife, Valdez, Rosa) | 08-CIV-2661 |
| Morales, Xiomar | 07-CV-11022 |
| Moran, Luis (and Wife, Moran, Ketty) | 08-CIV-2243 |
| Munoz, Janeth (and Husband, Munoz, Javier) | 08-CIV-2665 |
| Munoz, Javier (and Wife, Munoz, Janeth) | 08-CIV-2666 |
| Oquendo, Walter | 07-CV-04497 |
| Peski, Slawomir (and Wife, Peska, Janina) | 08-CIV-2688 |
| Pino, Fernando | 08-CIV-2245 |
| Rodriguez, Mirian | 08-CIV-2702 |
| Ruales, Segundo E. (and Wife, Sarato, Cynthia) | 07-CV-11024 |
| Santos, Fernanda | 07-CV-05319 |
| Valdez, Rosa (and Husband, Mora, Andres) | 08-CIV-2727 |
| Zamora, Jairo (and Wife, Zamora, Gloria) | 08-CIV-2741 |

2

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm

of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the

above-captioned actions.

Dated:  Albany, New York
       April 25, 2008

WHITEMAN OSTERMAN & HANNA LLP

BY: _____
    John J. Henry (JH-7137)
    William S. Nolan (WN-8091)
    Attorneys for Defendant
        TRC Engineers, Inc.
    One Commerce Plaza
    Albany, New York  12260
    (518) 487-7650

3

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 25th day of April, 2008, via ECF upon the ECF participants.

_Carrie L. Lalyer_
Carrie L. Lalyer