KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ANITA BERMUDEZ, | DOCKET NO.: 07 CV 01470 |
| Plaintiff, | |
| -against- | |
| 100 CHURCH, LLC, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATOSTOPHE, INC., D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP., BROOKFIELD PARTNERS, LP., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDING, INC., CUNNINGHAM DUCT CLEANING CO. INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY INC., LAW ENGINEERING P.C., MERRILL LYNCH & CO., INC., ONE WALL STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., THE BANK OF NEW YORK COMPANY, INC., TISHMAN SPEYER PROPERTIES, TRC TRC ENGINEERS, INC., TUCKER ANTHONY, INC., V. CUCINIELLO, VERIZON NEW YORK, INC., | NOTICE OF APPEARANCE |

WFP TOWER A CO., WFP TOWER A CO.,
G.P., CORP., WFP TOWER A. CO., L.P., and
ZAR REALTY MANAGEMENT CORP., ET AL.

                            Defendants.
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

              **CUNNINGHAM DUCT WORK s/h/i/a**
              **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
         April 28, 2008
                                        _Kevin G. Horbatiuk_
                                        Kevin G. Horbatiuk (KGH4977)
                                        Matthew P. Mazzola (MM-7427)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                        **CUNNINGHAM DUCT CLEANING CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
          WORBY GRONER EDELMAN & NAPOLI BERN, LLP
          Attorney for Plaintiff
          **ANITA BERMUDEZ**
          115 Broadway - 12th Floor
          New York, New York 10006
          (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28TH day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**ANITA BERMUDEZ**
115 Broadway 12th Floor
New York, New York 10006

                                        */s/ Kevin G. Horbatiuk*
                                        **KEVIN G. HORBATIUK**